IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      v.                              20-CR-98-LJV-MJR

PRISCILLA VOGELBACHER,

                  Defendant.

_____

## BILL OF PARTICULARS

**THE UNITED STATES**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Douglas A. C. Penrose, Assistant United States Attorney, of counsel, hereby files a bill of particulars providing a description of the state criminal offenses for which the defendant could have been charged in relation to Count 1 of the Indictment.

New York

N.Y. Penal § 130.20 (sexual misconduct); N.Y. Penal § 130.25(2) (rape in the third degree); N.Y. Penal § 130.40(2) (criminal sexual act in the third degree); N.Y. Penal § 130.55 (sexual abuse in the third degree); N.Y. Penal § 235.05 (obscenity in the third degree); N.Y. Penal § 235.21(3) (disseminating indecent material to minors in the second degree); N.Y. Penal § 235.22 (disseminating indecent material to minors in the first degree); N.Y. Penal § 263.05 (use of a child in a sexual performance); N.Y. Penal § 263.10 (promoting an obscene sexual performance by a child); N.Y. Penal § 263.11 (possessing an obscene sexual

performance by a child); 263.15 (promoting a sexual performance by a child); N.Y. Penal §

263.16 (possessing a sexual performance by a child).


Ohio

Ohio Rev. Code § 2907.07 (importuning); Ohio Rev. Code § 2907.31 (disseminating

matter harmful to juveniles); Ohio Rev. Code § 2907.322 (pandering sexually oriented matter

involving a minor); Ohio Rev. Code § 2907.323 (illegal use of a minor in nudity-oriented

material or performance); Ohio Rev. Code § 2919.22 (endangering children).


DATED: Buffalo, New York, December 24, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    /s/ DOUGLAS A. C. PENROSE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5868
Douglas.Penrose@usdoj.gov