


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PRISCILLA VOGELBACHER,

Defendant.

20-CR-98
JURY VERDICT

## JURY VERDICT

Now that you have been instructed on the law applicable to this case, you must make unanimous findings of guilty or not guilty for each count on which the defendant is charged in the indictment. Your answers to the questions on this form must be unanimous.

Before you may find the defendant guilty on a certain count, you must find that the government has proven the essential elements of that count against the defendant beyond a reasonable doubt. If the government has done so, you may find the defendant guilty; if it has not, your verdict must be not guilty.

**Proceed to the next page.**

## COUNT 1
## (ENTICEMENT OF A MINOR)

**How do you find as to the defendant, Priscilla Vogelbacher, on Count 1?**

**[X] Not Guilty**                    **[ ] Guilty**

If you find the defendant, Priscilla Vogelbacher, not guilty on Count 1, proceed to page 3. If you find the defendant, Priscilla Vogelbacher, guilty on Count 1, answer part "a" below.

> a. **We, the Jury, unanimously find that the sexual activity that the defendant, Priscilla Vogelbacher, persuaded, induced, enticed, or coerced Jane Doe to engage in—or attempted to persuade, induce, entice, or coerce Jane Doe to engage in—would violate the following offense(s) under New York Law** *(check one or more)*:
>
> [ ] **New York State Penal Law Section 130.25(2), Rape in the Third Degree**
>
> [ ] **New York State Penal Law Section 130.40(2), Criminal Sexual Act in the Third Degree**
>
> [ ] **New York State Penal Law Section 130.55, Sexual Abuse in the Third Degree**

**Proceed to the next page.**

## COUNT 2
## (TRAVEL TO ENGAGE IN ILLICIT SEXUAL CONDUCT)

How do you find as to the defendant, Priscilla Vogelbacher, on Count 2?

[x] Not Guilty                    [ ] Guilty


Proceed to the next page.

## COUNT 3
## (TRAVEL TO ENGAGE IN ILLICIT SEXUAL CONDUCT)

How do you find as to the defendant, Priscilla Vogelbacher, on Count 3?

[X] Not Guilty　　　　　　　　[ ] Guilty


Proceed to the next page.

## FINAL INSTRUCTIONS

Now that you have completed the verdict sheet, place it in the envelope provided and seal the envelope. Inform the Court by a separate written note that you have reached a verdict. Do not disclose the verdict to the Court or to anyone else until you are asked to do so by the Judge in open court.

**I Certify This Verdict To Be True And Accurate.**

Dated: 11/23/2021

_____  _____
Signature of Jury Foreperson