AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ WESTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

V.

Priscilla Vogelbacher

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 20-CR-98

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

LAWRENCE J. VILARDO          USDJ
Name of Judge                Title of Judge

11-29-21
Date